BUCHALTER
A Professional Corporation
WILLMORE F. HOLBROW III (SBN: 169688)
GABRIEL G. GREEN (SBN: 222445)
MICHAEL J. WORTH (SBN: 291817)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: wholbrow@buchalter.com
       ggreen@buchalter.com
       mworth@buchalter.com

Attorneys for Plaintiff DIGITAL WILL INC., a Japanese corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL WILL INC., a Japanese corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>APPLE INC., a California corporation,<br><br>　　　　Defendant. | Case No.  3:23-cv-04266<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>**[CIVIL L.R. 3-15]** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Entities or Persons | Connection / Interest |
|---|---|
| Digital Will Inc. | Plaintiff |
| Apple Inc. | Defendant |

/ / /

/ / /

/ / /

1  The undersigned is not aware of any conflict, financial or otherwise, that the presiding judge
2  may have with the parties to the litigation. Pursuant to Civil L.R. 3-15, the undersigned certifies
3  that as of this date, there is no conflict or interest (other than the named parties) to report.

4

5  DATED:  August 21, 2023

                                        BUCHALTER
                                        A Professional Corporation

By: _____
      WILLMORE F. HOLBROW III
      GABRIEL GREEN
      MICHAEL J. WORTH
      Attorneys for Plaintiff
      DIGITAL WILL INC., a Japanese corporation

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

2

COMPLAINT FOR DAMAGES
BN 77955890v1

Case No. 3:23-cv-04266